AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ADVERTISING AUDIT INTERNATIONAL, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> JAMES BEAN, an individual; ADVERTISING AUDIT & RISK MANAGEMENT, LLC <br><br> *Defendant(s)* | Civil Action No. CV 15-776 MEJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES BEAN
38 Miller Ave., Ste. 15, Mill Valley, California, 94941-1939;

ADVERTISING AUDIT & RISK MANAGEMENT, LLC
38 Miller Ave., Ste. 15, Mill Valley, California, 94941-1939

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*



Date: 2/23/2015

*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Todd Harshman SBN 240942<br>Grotefeld & Hoffmann, Llp<br>655 Montgomery St. Suite1220<br>San Francisco CA 94111<br>ATTORNEY FOR   Plaintiff | (415) 344-9670<br><br>Ref. No. or File No.<br>384.000001 | |
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Advertising Audit International, LLC v. Advertising Audit & Risk Management, LLC | | |

| INVOICE NO.<br>1057081-01 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:15-CV-00776-MEJ |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Complaint for Cybersquatting, Trademark Infringement, and Unfair Competition; Civil Cover Sheet; Summons in a Civil Case ; Plaintiff Advertising Audit Int'l, LLC's Certification of Interested Entities or Persons; Corporate Disclosure Statement; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges; Civil Standing Order for Magistrate Judge Maria-Elena James ; Discovery Standing Order for Magistrate Judge Maria-Elena James ; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Consent or Declination to Magistrate Judge Jurisdiction; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California ; ECF Registration Information Handout;

On: James Bean, an individual

I personally served the summons on the individual at:

38 Miller Ave., Ste. 15
Mill Valley, CA 94941

On: 3/5/2015                              At: 10:55 AM

Person who served papers
  a. Name: Len Warren
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709

CONTINUED ON NEXT PAGE

Declaration of Service

| PLAINTIFF/PETITIONER: Advertising Audit International, LLC | CASE NUMBER: 3:15-CV-00776-MEJ |
|---|---|
| DEFENDANT/RESPONDENT: James Bean | |

    c. Telephone number: 909-664-9565
    d. The fee for this service was: 75.95
    e. I am:
    (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.:
        (iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

3/9/2015

Len Warren

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16      >   */s/ Len T Warren*

**Declaration of Service**