UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVERTISING AUDIT INTERNATIONAL, LLC, | Case No. 15-cv-00776-MEJ |
| Plaintiff, | **CONDITIONAL DISMISSAL** |
| v. | |
| JAMES BEAN, et al., | |
| Defendants. | |

The Court having been advised that the parties have agreed to a settlement of this case, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. However, if any party hereto shall certify to this Court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with prejudice**.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge